# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

**LESLIE MAY GREENE,** *individually and on behalf of her minor child*, ***B.G.***,

    *Plaintiff,*

v.

**THE PUTNAM COUNTY COMMISSION,** *et al.*,

    *Defendants.*

**No. 3:21-cv-00520**
**Hon. Robert C. Chambers**

## DEFENDANT JODI B. TYLER'S AND DEFENDANT MORGAN M. SWITZER'S <u>MOTION TO DISMISS</u>

As demonstrated in Movants' Memorandum in Support, filed contemporaneously herewith and hereby fully incorporated herein, Plaintiff's Amended Complaint fails as a matter of law to state a claim against Movants for which any relief could be granted. Accordingly, Movants request the Court to **GRANT** their motion and to **ORDER** that Plaintiff's Amended Complaint against Movants be **DISMISSED WITH PREJUDICE**.

**JODI B. TYLER** *and* **MORGAN M. SWITZER**,
By counsel,

**/s/ Michael D. Mullins**
Michael D. Mullins (W. Va. Bar No. 7754)
*michael.mullins@steptoe-johnson.com*
Robert L. Bailey (W. Va. Bar No. 8902)
*robert.bailey@steptoe-johnson.com*
707 Virginia St. E. 17th Floor
P.O. Box 1588
Charleston, W. Va. 25326-1588
(304) 353-8000 (voice)
(304) 353-8180 (facsimile)

**STEPTOE & JOHNSON PLLC**
*Of Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**LESLIE MAY GREENE,** *individually and on behalf of her minor child*, **B.G.**,

    *Plaintiff,*

v.

**THE PUTNAM COUNTY COMMISSION,** *et al.*,

    *Defendants.*

**No. 3:21-cv-00520**
**Hon. Robert C. Chambers**

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing document and the memorandum in support thereof with the Clerk of the Court using the CM/ECF system:

| | |
|---|---|
| Russell A. Williams<br>NEW TAYLOR & ASSOCIATES<br>430 Harper Park Drive<br>Beckley, WV 25801<br>304-250-6017<br>Fax: 304-250-6012<br>Email: Russell@newlawoffice.com<br>   *Counsel for Plaintiff* | Stephen P. New<br>P. O. Box 5516<br>Beckley, WV 25801<br>304/250-6017<br>Fax: 304/250-6012<br>Email: steve@newlawoffice.com<br>   *Counsel for Plaintiff* |
| Drannon L. Adkins<br>PULLIN FOWLER FLANAGAN BROWN & POE<br>901 Quarrier Street<br>Charleston, WV 25301<br>304/344-0100<br>Fax: 304/342-1545<br>Email: dadkins@pffwv.com<br>   *Counsel for Putnam County Defendants* | Wendy E. Greve<br>PULLIN FOWLER FLANAGAN BROWN & POE<br>901 Quarrier Street<br>Charleston, WV 25301<br>304/344-0100<br>Fax: 304/342-1545<br>Email: wgreve@pffwv.com<br>   *Counsel for Putnam County Defendants* |

| | |
|---|---|
| Johnnie E. Brown<br>PULLIN FOWLER FLANAGAN BROWN & POE<br>901 Quarrier Street<br>Charleston, WV 25301<br>304/344-0100<br>Fax: 304/342-1545<br>Email: jbrown@pffwv.com<br>*Counsel for Hurricane Defendants* | Jon D. Hoover<br>HOOVER ANDREWS<br>P. O. Box 249<br>Barboursville, WV 25504-0249<br>304/733-3400<br>Fax: 304/733-4888<br>Email: jdhoover@hooverandrews.com<br>*Counsel for James Mark McCoy* |

/s/ Michael D. Mullins